```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JESSE TURNER,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :        24-cv-5446 (LJL)
              -v-                                                  :
                                                                   :           ORDER
TARGET CORP.,                                                      :
                                                                   :
                              Defendant.                           :
                                                                   X
-----------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

     As specified at the telephonic conference on July 29, 2025, the August 5, 2025 deadline for filing summary judgment motions is hereby lifted. All other deadlines remain. Oppositions will be due fourteen days from the date of the summary judgment motions, and replies will be due seven days after that.

     SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                                 LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025